DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re H.M.L.<br><br>Case Below:<br>173 N.C. App. 232 | No. 571P05 | Juvenile's PDR Under N.C.G.S. § 7A-31 (COA04-1478) | Denied<br>11/03/05 |
| In re J.D.S.<br><br>Case Below:<br>170 N.C. App. 244 | No. 511P05 | Respondent's (Father) PWC to Review the Decision of the COA (COA04-213) | Denied<br>11/03/05 |
| In re O.C. & O.B.<br><br>Case Below:<br>171 N.C. App. 457 | No. 465P05 | Respondent's (Chiquetta C.) PDR Under N.C.G.S. § 7A-31 (COA04-923) | Denied<br>11/03/05 |
| In re S.W.<br><br>Case Below:<br>171 N.C. App. 335 | No. 417P05 | Petitioner's (S.W.) PDR Under N.C.G.S. § 7A-31 (COA04-1138) | Denied<br>10/06/05 |
| In re T.S.A. & D.S.G.<br><br>Case Below:<br>172 N.C. App. 170 | No. 487P05 | Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA04-1057) | Denied<br>10/06/05 |
| Jack H. Winslow Farms, Inc. v. Dedmon<br><br>Case Below:<br>171 N.C. App. 754 | No. 466P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1679) | Denied<br>10/06/05 |
| Johnson v. Harnett Cty. Planning Bd.<br><br>Case Below:<br>170 N.C. App. 436 | No. 334P05 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA04-961)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>10/06/05<br><br>2. Dismissed as moot<br>10/06/05 |
| Kegly v. City of Fayetteville<br><br>Case Below:<br>170 N.C. App. 656 | No. 342P04-3 | 1. Petitioners' Urgent Motion for Stay Pending Appeal (COA04-1123)<br><br>2. Petitioners' Petition for Writ of Supersedeas | 1. Denied<br>09/13/05<br><br>2.Denied<br>09/13/05<br><br>**Brady, J.<br>Recused** |